# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Mildred Jenkins

Plaintiff(s),

v.

Frank Bisignano,
Commissioner of Social Security
Administration,

Defendant(s),

Case No. 23cv396
Judge Laura K. McNally

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ Judgment is hereby entered in favor of Defendant.

Defendant(s) shall recover costs from plaintiff(s)

[ X ] other: Judgment is hereby entered in favor of Plaintiff, Mildred Jenkins and against Defendant, Frank Bisignano, Commissioner of Social Security Administration. Pursuant to sentence four of 42 U.S.C. § 405(g), the ALJ's decision is reversed, and this case is remanded to the Social Security Administration for further proceedings.

This action was *(check one)*:
☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Laura K. McNally

Date: 10/28/2025              Thomas G. Bruton, Clerk of Court
                              Scott White, Deputy Clerk